The People of the State of New York,
against
Leroy Owens, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Curtis Farber, J.), rendered October 3, 2017, after a nonjury trial, convicting him of criminal trespass in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Curtis Farber, J.), rendered October 3, 2017, affirmed. 
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). Issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, in this case the trial court, which saw and heard the witnesses (see People v Gaimari, 176 NY 84, 94 [1903]). We find no basis to disturb the court's determination expressly crediting the arresting officer's account of the circumstances of the defendant's unlawful entry into the subway station (see People v Alvarez, 162 AD3d 596 [2018], lv denied 32 NY3d 1108 [2018]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: April 24, 2019